Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: rory@leisingerlaw.com
Attorneys for Plaintiff
SYLIPHANH HOMAMPHA

**UNITED STATES
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| SYLIPHANH HOMAMPHA,<br><br>        Plaintiff,<br><br>   vs.<br><br><br>RISE CREDIT OF CALIFORNIA, LLC.,<br><br>        Defendant. | Case No.: 2:16-cv-00247-JAM<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that the Plaintiff SYLIPHANH HOMAMPHA by and through her attorneys, informs this Honorable Court that Plaintiff has settled her case with Defendant, RISE CREDIT OF CALIFORNIA, LLC.  The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 30 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

//

Dated: June 27, 2016                     Respectfully Submitted,

**LEISINGER LAW, LLP**

By: */s/ Rory Leisinger*
Rory Leisinger, Esq. (SBN: 277476)
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: Rory@leisingerlaw.com
Attorneys for Plaintiff
SYLIPHANH HOMAMPHA