# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Syliphanh Homampha, | Case No.: 2:16-cv-00247-JAM-EFB |
| Plaintiff, | **ORDER RE: DISMISSAL OF ENTIRE CASE** |
| vs. | |
| RISE Credit of California, LLC., | |
| Defendant. | |

The Court has reviewed the Stipulation of Dismissal and Joint Motion to Dismiss submitted by Plaintiff SYLIPHANH HOMAMPHA and RISE CREDIT OF CALIFORNIA, LLC. Pursuant to the Stipulation of the parties, and for good cause, it is hereby ordered that case is dismissed with prejudice, both parties to bear own costs.

IT IS SO ORDERED.

Dated:  8/12/2016            /s/ John A. Mendez_____
                              UNITED STATES DISTRICT JUDGE